# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**630**

**CA 12-01856**

PRESENT: SCUDDER, P.J., PERADOTTO, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

MELISSA NEAL, M.D., PLAINTIFF-APPELLANT,

                    V                                        MEMORANDUM AND ORDER

EDWARD A. LEGARRETA, M.D., LEGARRETA EYE CENTER
AND SALLY LEGARRETA, DEFENDANTS-RESPONDENTS.
(APPEAL NO. 4.)

---

MYERS, QUINN & SCHWARTZ, LLP, WILLIAMSVILLE (JAMES I. MYERS OF
COUNSEL), FOR PLAINTIFF-APPELLANT.

JAECKLE FLEISCHMANN & MUGEL, LLP, BUFFALO (BRADLEY A. HOPPE OF
COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---

        Appeal from an order and judgment (one paper) of the Supreme
Court, Erie County (John A. Michalek, J.), entered September 18, 2012.
The order and judgment dismissed the complaint.

        It is hereby ORDERED that the order and judgment so appealed from
is unanimously affirmed without costs.

        Same Memorandum as in *Legarreta v Neal* ([appeal No. 2] ___ AD3d
___ [July 5, 2013]).


Entered:  July 5, 2013                          Frances E. Cafarell
                                                Clerk of the Court